**Patricia A. BANNERMAN, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant—Appellee.**

No. 02–2352.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 24, 2003.

Patricia A. Bannerman, Appellant pro se. Kelly Rixner Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Patricia A. Bannerman appeals the district court's order dismissing her Title VII action in which she alleged gender discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bannerman v. Potter, No. CA–01–108–2 (S.D.W.Va. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED